MDL 1386

GIBSON, DUNN & CRUTCHER LLP
LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0193
(212) 351-4000
FACSIMILE: (212) 351-4035

LOS ANGELES
333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3197

CENTURY CITY
2029 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-3026

ORANGE COUNTY
4 PARK PLAZA
IRVINE, CALIFORNIA 92614-8557

SAN DIEGO
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101

SAN FRANCISCO
ONE MONTGOMERY STREET, TELESIS TOWER
SAN FRANCISCO, CALIFORNIA 94104-4505

PALO ALTO
1530 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1125

JAS. A. GIBSON, 1852-1922
W. E. DUNN, 1861-1925
ALBERT CRUTCHER, 1860-1931

DALLAS
2100 McKINNEY AVENUE
DALLAS, TEXAS 75201-6911

DENVER
1801 CALIFORNIA STREET
DENVER, COLORADO 80202-2641

WASHINGTON
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036-5306

PARIS
166 RUE DU FAUBOURG SAINT HONORÉ
75008 PARIS, FRANCE

LONDON
30/35 PALL MALL
LONDON SW1Y 5LP

WRITER'S DIRECT DIAL NUMBER
(212) 351-3951

OUR FILE NUMBER

November 11, 2000

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2000

FILED
CLERK'S OFFICE

PLEADING NO. 4

VIA FIRST CLASS MAIL

Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Judiciary Building Room G-255
Washington, DC 20002

Re: *MDL No. 1386 — In re European Rail Pass Antitrust Litigation*

Dear Mr. Beck:

I am counsel to Rail Europe Group, Inc. in the above-captioned MDL litigation. This letter is intended to notify the Panel, in accordance with Rule 7.5(e), of six potential tag-along actions. It has recently come to our attention that three new complaints have been filed in the Southern District of New York along with three new complaints in the Eastern District of Pennsylvania, all of which involve common questions of fact with actions that are currently under consideration by the Panel for transfer under Section 1407.

A copy of the complaints in each of these actions are attached to this letter. The pertinent information about these potential tag-along actions is as follows: four complaints pulled cdm

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned |
|---|---|---|---|
| Holiday Travel, Inc., on behalf of itself and all others similarly situated, v. Rail Europe, Inc., and DER Travel Services. | Southern District of New York | 00 CV 8196 | Not Yet Assigned |

IMAGED NOV 20 '00 OFFICIAL FILE COPY

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned |
|---|---|---|---|
| Josephine A. Graves, d/b/a Adventure Travel Agency v. Rail Europe Inc., and DER Travel Services. | Southern District of New York | 00 CV 8223 | Hon. William C. Conner |
| Long Travel, LLC d/b/a/ Alpha Travel v. Rail Europe Inc., on behalf of itself and all otehrs similarly situated, Rail Europe, Inc., and DER Travel Services. | Southern District of New York | 00 CV 8444 | Not Yet Assigned |
| BSG Enterprises, Inc., t/a The Travel Authority v. Rail Europe Inc., and DER Travel Services. | Eastern District of Pennsylvania | 00 CV 5212 | Hon. Harvey Bartle, III |
| JLE Travel LLC d/b/a Carlson Wagonlit Travel, on behalf of itself and all others similarly situated, v. DER Travel Services, and Rail Europe, Inc. | Eastern District of Pennsylvania | 00 CV 5155 | Hon. Harvey Bartle, III |
| The Travelin Man Travel Services, Inc., on behalf of itself and all others similarly situated, v. DER Travel Services, and Rail Europe, Inc. | Eastern District of Pennsylvania | 00 CV 5156 | Hon. Edmund V. Ludwig |

I am including three copies of this letter for the Panel. Please have two copies date stamped and returned in the enclosed Federal Express envelope.

In addition, I hereby certify that, on this 11th day of November 2000, I caused copies of this letter noticing six potential tag-along actions to be served by U.S. mail, first-class postage prepaid, on each of the counsel originally served with the *Motion Of Rail Europe Group, Inc. And Dertour America, Inc., F/K/A Der Travel Service, Inc., To Transfer And Consolidate Actions For Pretrial Proceedings*, filed before the panel on November 2, 2000.

Very truly yours,

Daniel J. Fetterman

Attachments

RECEIVED
CLERK'S OFFICE
2000 NOV 15 P 1:42
PANEL ON
DISTRICT
LITIGATION

cc: District Court Clerk, Eastern District of Pennsylvania
District Court Clerk, Southern District of New York
Plaintiffs' Counsel identified in the complaint for each of the potential tag-along cases
(w/ copies of *Motion To Transfer And Consolidate Actions For Pretrial Proceedings)*